IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE DUAN ANDERSON,

       Plaintiff,                                                    Civ. No. 6:17-cv-00880-CL

       v.                                                          ORDER

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

       Defendant.
_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#16), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#16) is adopted. The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings. Upon remand, the ALJ should:

(1) Reassess Drs. Brickman's and Chambers' medical source opinions. Should the ALJ decide to disregard them, the ALJ shall provide detailed, reasoned, and legitimate rationales for doing so.

1 – ORDER

(2) Reassess Plaintiff's credibility. Should the ALJ decide to discredit his testimony and personal statements, the ALJ shall provide clear and convincing reasons for doing so.

IT IS SO ORDERED.

DATED this 24th day of July, 2018.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 – ORDER