IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| GEORGE D. ANDERSON, | Civ. No. 6:17-cv-00880-CL |
| Plaintiff, | |
| | OPINION & ORDER |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

CLARKE, Magistrate Judge.

This case comes before the Court on an unopposed motion for attorney fees (#22) under 42 U.S.C. § 406(b). Plaintiff moves the Court for approval of $10,090.75 in fees, reduced by $6,309.59 Equal Access to Justice Act ("EAJA") fees, for a total of $3,781.16. A fee awarded pursuant to 42 U.S.C. § 406(b) cannot exceed 25% of the retroactive benefits. *Crawford v. Astrue*, 586 F.3d 1142, 1147 (9th Cir. 2009). The sought total attorney fee amount of $10,090.75 is 25% of the retroactive benefits ($40,363.00) awarded to Plaintiff. Having reviewed the proceedings and the amount of fees sought, the Court concludes that Plaintiff's counsel is entitled to the $10,090.75 in fees requested, minus $6,309.59 EAJA fees, for a total of $3,781.16.

Plaintiffs Motion (#22) is GRANTED. The agency is directed to issue the § 406(b) check directly to Plaintiff's counsel, minus any user fee. Any amount withheld after all administrative and attorney fees are paid should be released directly to Plaintiff.

DATED this ___ day of September, 2019.

MARK D. CLARKE
United States Magistrate Judge